IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ODESSA NELSON                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO.: 4:10CV100-A-S

LIBERTY HEALTH AND
REHAB OF INDIANOLA, LLC, ET AL                                                   DEFENDANTS

## ORDER

This matter is before the court on plaintiff's motion for leave to conduct discovery related to personal jurisdiction (#31). The plaintiff is seeking discovery to answer questions regarding minimum contact, arising from allegations by defendant Behrman Capital, III, L.P., that it has no control over businesses in Mississippi in which it owns stock. Specifically, the plaintiff is seeking (1) the Medicaid provider application; (2) CMS provider application; and (3) the Medicaid cost report. There has been no response to this motion by the defendant. After considering the record in this cause, the court finds the motion to be well-taken.

IT IS, THEREFORE, ORDERED that the plaintiff is entitled to limited discovery from defendant Behrman relating to personal jurisdiction. Specifically, the medicaid provider application, the CMS provider application; and the medicaid cost report identified in its motion.

IT IS FURTHER ORDERED that discovery shall be produced no later than November 30, 2010.

SO ORDERED, this the 15th day of November 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE